SHARON BLAKE, an Infant, by MARY J. BOND, Her Parent, et al., Respondents, v. MARY GARDINO, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.